**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00409-CV

**TIM REED, Appellant**

**V.**

**ADAMS GOLF, LLC, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00494-2013**

## ORDER

The Court has before it appellant's April 25, 2013 sealed emergency motion for stay of temporary injunction pending appeal. The Court requests that appellee file any response to the motion by 5:00 p.m. on Wednesday, May 1, 2013.

/s/    KERRY P. FITZGERALD
        JUSTICE